Jim J. Valcarce
VALCARCE LAW OFFICE, LLC
PO Box 409 – 900 3rd Ave.
Bethel, Alaska 99559
Phone: (907) 543-2744
Facsimile: (907) 543-2746
Email: Jim@bushlawyers.com
ABA # 9505011

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| BRENDA LEE, Individually and as Personal Representative of the Estate of MA'ILA KAYULI PACARRO, Deceased; and SHAUN PACARRO,<br><br>Plaintiffs<br>Vs.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants | **COMPLAINT FOR DAMAGES**<br><br>Case NO. _____Civil |

COMES NOW the plaintiffs, BRENDA LEE, Individually and as Personal Representative of the Estate of MA'ILA KAYULI PACARRO, Deceased; & SHAUN PACARRO, by and through counsel, Valcarce Law Office, LLC, for their cause of action against defendant, states and alleges as follows:

BRENDA LEE, Individually and as Personal Representative of the
Estate of MA'ILA KAYULI PACARRO, Deceased;
SHAUN PACARRO,
Vs.
UNITED STATES OF AMERICA, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES

VALCARCE LAW OFFICE, LLC
PO Box 409 -- 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

## ALLEGATIONS COMMON TO ALL CLAIMS

1) Plaintiffs are residents of the Fourth Judicial District, State of Alaska.

2) Defendant United States Department of Health and Human Services is an agency of the United States government and is organized and exists under the laws of the United States of America.

3) The Alaska Native Medical Center (ANMC) is a compacting entity with the United States Government, Department of Health and Human Services, and it has a duty to provide quality hospital services and medical care to predominantly Alaska Native beneficiaries who live in Alaska. ANMC owns and operates a hospital in Anchorage, Alaska.

4) This suit is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. Sec. 2674, and this court has exclusive jurisdiction over this action pursuant to 28 U.S.C. Sec. 1346(b).

5) Notice of this claim as required by 28 U.S.C. Sec. 2675 was received by the U.S. Department of Health and Human Services on April 14, 2008.

6) Defendant rendered a final decision, dated August 12, 2008, denying Plaintiffs' administrative claim.

7) Plaintiffs Brenda Lee and Shaun Pacarro are the parents of Ma'ila Kayuli Pacarro, deceased, who died on or about March 16, 2007, in Anchorage, Alaska.

8) Plaintiff Brenda Lee is the named personal representative of the Estate of Ma'ila Kayuli Pacarro.

BRENDA LEE, Individually and as Personal Representative of the
Estate of MA'ILA KAYULI PACARRO, Deceased;
SHAUN PACARRO,
Vs.
UNITED STATES OF AMERICA, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES

VALCARCE LAW OFFICE, LLC
PO Box 409 -- 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

9) While pregnant with Ma'ila Kayuli Pacarro in 2007, Plaintiff Brenda Lee visited and was under the care of ANMC.

10) On or about March 16, 2007, Ma'ila Kayuli Pacarro died.

## MEDICAL NEGLIGENCE

11) Plaintiffs reallege and incorporate herein as though they were set out in full, all allegations of the preceding paragraphs.

12) ANMC practitioners have a duty to:

    a) promptly and properly examine the patient and obtain an accurate medical history and document objective and subjective findings;

    b) and promptly and properly treat the condition.

13) ANMC was negligent in its acts and omissions, including but not limited to:

    a) failure to timely diagnose Brenda Lee;

    b) failure to properly treat intrahepatic cholestasis of pregnancy;

    c) failure to reach a reasoned diagnosis;

    d) failure to provide adequate care;

    e) failure act with the necessary degree of urgency;

    f) and failure to keep adequate medical records

## Loss to Estate

14) Plaintiffs reallege and incorporate herein as though they were set out in full, all allegations of the preceding paragraphs.

15) Plaintiff Brenda Lee brings this action for the benefit of decedent's Estate, under the provisions of Alaska Statute 09.55.580. Plaintiff Brenda Lee, on behalf of the

BRENDA LEE, Individually and as Personal Representative of the
Estate of MA'ILA KAYULI PACARRO, Deceased;
SHAUN PACARRO,
Vs.
UNITED STATES OF AMERICA, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES

VALCARCE LAW OFFICE, LLC
PO Box 409 – 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

Estate of Ma'ila Kayuli Pacarro, further alleges, that as a direct and proximate result of the negligence of the Defendant described above, the decedent died on March 16, 2007.

16) At the time of decedent's death, decedent had a life expectancy of approximately 78.9 years, and decedent's estate has been deprived of the present value of the accumulations that the decedent would have made to decedent's estate had decedent lived out such life expectancy.

17) By reason of the injury and death of decedent, decedent's estate has incurred damage and loss including, but not limited to: loss of pecuniary benefits; loss of prospective inheritance; loss of contributions for support; loss of assistance and services; loss of prospective training and education; and medical and funeral expenses.

### Consortium and Negligent Infliction of Emotional Distress Claims of Parents

18) Plaintiffs reallege and incorporate herein as though they were set out in full, all allegations of the preceding paragraphs.

19) As a direct and proximate result of the negligence of the Defendant described above, the Parent Plaintiffs sustained negligent infliction of emotional distress and loss of love, support and consortium, injury, damage and loss including, but not limited to the following: economic and non economic damages, mental anguish and emotional distress; medical costs and related transportation, lodging and other expenses; loss of economic opportunities; loss of subsistence opportunities; loss of personal services, care and affection and consortium.

### Medical Injury Claim by Brenda Lee

BRENDA LEE, Individually and as Personal Representative of the
Estate of MA'ILA KAYULI PACARRO, Deceased;
SHAUN PACARRO,
Vs.
UNITED STATES OF AMERICA, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES

VALCARCE LAW OFFICE, LLC
PO Box 409 -- 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

20) Plaintiffs reallege and incorporate herein as though they were set out in full, all allegations of the preceding paragraphs.

21) As a direct and proximate result of the negligence of the Defendant described above, Plaintiff Brenda Lee incurred damage and loss, including but not limited to: economic and non economic damages; past and future medical expenses; permanent injury or impairment; mental anguish and emotional distress; medical costs and related transportation; lodging and other expenses.

WHEREFORE, each of the Plaintiffs pray for relief as follows:

1. An amount in excess of One Hundred Thousand Dollars ($100,000.00), the exact amount to be determined at trial, plus prejudgment interest.
2. For reasonable costs and attorney fees incurred herein.
3. For such other and further relief as this court deems just and equitable

DATED this 2c day of Sept 2008, at Bethel Alaska

Jim J. Valcarce
Bar No. 9505011
VALCARCE LAW OFFICE, LLC
Attorney for Plaintiffs

BRENDA LEE, Individually and as Personal Representative of the
Estate of MA'ILA KAYULI PACARRO, Deceased;
SHAUN PACARRO,
Vs.
UNITED STATES OF AMERICA, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES

VALCARCE LAW OFFICE, LLC
PO Box 409 -- 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

**CERTIFICATE OF SERVICE:**
The undersigned hereby certifies that on this 26th of Sept., 2008, a true and correct copy was served on the following:

| | |
|---|---|
| Attorney General Michael Mukasey | Nelson P. Cohen, U.S. Attorney |
| Office of the U.S. Attorney General | Office of the U.S. Attorney, District of Alaska |
| U.S. Department of Justice | U.S. Department of Justice |
| Main Justice Building | 222 West 7th Avenue, #9, Room 253 |
| 10th & Constitution Avenue NW | Anchorage, AK 99513-7567 |
| Washington, D.C. 20530 | |

*Thea Sundown*

BRENDA LEE, Individually and as Personal Representative of the
Estate of MA'ILA KAYULI PACARRO, Deceased;
SHAUN PACARRO,
Vs.
UNITED STATES OF AMERICA, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES

**VALCARCE LAW OFFICE, LLC**
PO Box 409 -- 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746