**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| BRENDA LEE, <u>ex rel.</u> MA'ILA KAYULI PACARRO, et al. | v. | UNITED STATES |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.   3:08-cv-0212-JWS |
| <u>Deputy Clerk</u> | | <u>Official Recorder</u> |

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

A settlement conference in the above-referenced case was conducted on January 11, 2010. The case has settled as to all claims and all parties.