KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA LEE, Individually and as Personal Representative of the Estate of MA'ILA KAYULI PACARRO, Deceased, and SHAUN PACARRO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>Defendant. | Case No. 3:08-cv-00212-JWS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The Plaintiffs and the Defendant, via undersigned counsel, stipulate that all claims which were asserted or which could have been asserted by Plaintiffs against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

RESPECTFULLY SUBMITTED March 2, 2010, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

Dated: March 2, 2010

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK# 8906031

Attorney for Defendant

VALCARCE LAW OFFICE, LLC

Dated: March 2, 2010

s/Jim J. Valcarce (consent)
900 3rd Ave./P.O. Box 409
Bethel, AK 99559
Phone: (907) 543-2744
Fax: (907) 543-2746
E-mail: Jim@Bushlawyers.com
AK# 9505011

Attorney for Plaintiff